1  MICHAEL K. PAZDERNIK
   ROBINSON DI LANDO
2  7801 Folsom Boulevard, Suite 325
   Sacramento, CA  95826
3  (916) 386-0743
   (916) 386-0687 Fax
4
   Attorneys for Plaintiff
5  Michael Baca

6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | MICHAEL BACA,                    )  Case No.
                                      )  C07 04694
12 |           Plaintiff,              )
                                      )  **COMPLAINT FOR DAMAGES**
13 |     vs.                           )  (Professional Negligence)
                                      )
14 |                                   )
                                      )
15 | VETERANS ADMINISTRATION,          )  **DEMAND FOR JURY TRIAL**
   | and DOES 1 to 100,                )
16 |                                   )
                                      )
17 |           Defendants.             )
                                      )
18 |                                   )
                                      )
19

20     Plaintiff MICHAEL BACA (hereinafter "plaintiff") alleges as follows:

21                        **PRELIMINARY ALLEGATIONS**

22     1.  Plaintiff is an individual and is now a resident of Butte County, California.  All

23 treatment relevant to this action occurred in or around Santa Clara County, California.

24     2.  Defendant VETERANS ADMINISTRATION (hereinafter "VA") owns and operates,

25 in San Mateo County, California, the Palo Alto Veterans Administration Hospital and Medical

26 Center, including any and all medical offices associated with such Palo Alto Veterans

27 Administration Hospital and Medical Center and employs physicians and surgeons and hospital

28

                                   1
              COMPLAINT FOR DAMAGES AND JURY DEMAND

1  staff members and auxiliary personnel such as nurses, technicians, orderlies, who provided
2  health care to plaintiff which is the subject of this Complaint.
3      3. Defendants designated as DOES 1 to 100 are physicians and surgeons and/or hospital
4  staff members and auxiliary personnel including but not limited to nurses, technicians and/or
5  orderlies, who, at all times relevant to this matter, were charged with the duty to provide care to
6  plaintiff. Plaintiff does not know the true names of defendants DOES 1 through 100, inclusive,
7  and therefore sues them by such fictitious names. Plaintiff is informed and believes, and on the
8  basis of that information and belief alleges that each of those DOE defendants was in some
9  manner negligently and legally responsible for the events and happenings alleged in this
10 Complaint and for plaintiff's resultant injuries and damages. Plaintiff will seek leave of Court to
11 amend this Complaint to allege their true names and capacities when ascertained.
12     4. Plaintiff is informed and believes, and on the basis of that information and belief
13 alleges, that at all times mentioned in this Complaint, defendants were the agents and employees
14 of their co-defendants, and in doing the things alleged in this Complaint, were acting within the
15 course and scope of such agency and employment. Each defendant, when acting as a principal,
16 was negligent in the selection and hiring of each other defendant as an agent or employee.
17 Plaintiff will seek leave of Court to amend this Complaint to allege their true names and
18 capacities when ascertained.
19     5. On or about October 20, 2006, within two years of learning of the negligence of
20 defendants, and each of them, plaintiff served a Notice of Claim, as required by Federal law,
21 upon the VA for the claims and injuries pled in this Complaint. Said claim was denied by the
22 VA by letter dated March 23, 2007, mailed to plaintiff on that date.

### FIRST CAUSE OF ACTION

#### (Professional Negligence)

25     6. Plaintiff MICHAEL BACA incorporates by reference the allegations stated in
26 Paragraphs 1 through 5, inclusive, as if fully set forth herein.
27     7. Defendants, and each of them, at all relevant times to the instant action, were
28 physicians and/or surgeons licensed to practice medicine within the State of California and/or
   hospital staff or auxiliary personnel, including but not limited to nurses, technicians and/or

1  orderlies, who provided health care to plaintiff; and defendants, and each of them, held
2  themselves out to possess that degree of skill, ability, and learning common to prudent
3  practitioners, practicing medicine and providing health care in the State of California.
4      8. In or about 1995 and continuing thereafter, plaintiff employed defendants and retained
5  them to examine, diagnose, prescribe medicine, treat, and care for him as to his abdominal
6  symptoms in order to properly care for plaintiff. Said defendants, and each of them, undertook
7  said employment and undertook and agreed to diagnose and treat plaintiff, including appropriate
8  follow-up care. Defendants, and each of them, further undertook to care for and treat plaintiff
9  and do all things necessary and proper in connection therewith. Said defendants, and each of
10 them, thereafter entered into such employment, individually, and by and through their
11 employees, servants and agents.
12     9. During and after such times, defendants, and each of them, negligently examined
13 plaintiff and negligently diagnosed plaintiff's abdominal condition, and negligently treated and
14 cared for plaintiff's abdominal condition, including negligent follow-up care. Essentially,
15 defendants, and each of them consistently diagnosed plaintiff's abdominal condition as being
16 pancreatitis and/or cancer and informed plaintiff of the fact that he had a poor or terminal
17 prognosis. In reality, plaintiff did not have such fatal/terminal condition, but rather had a gall
18 bladder condition which was never properly diagnosed or treated by the defendants. As a result
19 of this negligent care provided by defendants, and each of them, plaintiff was caused to incur the
20 emotional distress of having to deal with his impending death or poor prognosis. Such
21 impending death did not occur, but plaintiff's pain and suffering awaiting such death, and
22 dealing with the pain due to his untreated gall bladder condition, continued for years and was not
23 properly diagnosed and treated until within two years prior to the filing of plaintiff's claim with
24 the VA. Plaintiff also incurred monetary damage as a result of the misinformation given to him
25 by defendants, for plaintiff took care of his affairs and made financial decisions he would not
26 have made had he known his prognosis was something other than probably terminal. In addition,
27 said defendants failed to provide plaintiff with a sufficient disclosure of the relevant risks,
28 benefits, and alternatives available to him as to all treatment and diagnoses he or could have

1. received, such that any procedure performed upon plaintiff was done or not done due to inadequate informed consent.

2. 10. As a proximate result of the negligence of defendants, and each of them, plaintiff suffered both physical and mental injury, including but not limited to, prolonged pain and suffering, and was required to obtain corrective care. Also, due to the above listed improper care, plaintiff suffered further injuries/damages, including but not limited to past and future medical expenses, loss of property, loss of earnings and future earning capacity.

WHEREFORE, plaintiff prays for judgment against defendants, and each of them as follows:

1. For an award of general damages, according to proof;
2. For an award of medical and related expenses, according to proof;
3. For an award for damages due to loss of property or the incurrence of other monetary damage;
4. For an award of loss of wages and/or earning capacity, according to proof;
5. For pre-judgment interest;
6. For costs of suit incurred herein; and
7. For such other and further relief as the Court deems proper under the circumstances.

DATED: September 11, 2007                ROBINSON DI LANDO

_____
MICHAEL K. PAZDERNIK

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury with regard to the above-captioned matter.

DATED: September 11, 2007

ROBINSON DI LANDO

_____
MICHAEL K. PAZDERNIK

4
COMPLAINT FOR DAMAGES AND JURY DEMAND