**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL BACA,

    *Plaintiff(s)*,

vs.

VETERANS ADMINISTRATION,

    *Defendant(s)*.

C 07-4694 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference scheduled for December 18, 2007 at 2:00 p.m. has been rescheduled to **January 15, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull**.** Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: December 18, 2007

/s/ Corinne Lew
Corinne Lew
DEPUTY CLERK