**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MICHAEL BACA,

    *Plaintiff(s),*

vs.

VETERANS ADMINISTRATION,

    *Defendant(s).*

C 07-4694 PVT

**CLERK'S NOTICE RESCHEDULING CASE MANAGEMENT CONFERENCE**

Please take notice that the Case Management Conference scheduled for January 15, 2008 at 2:00 p.m. has been rescheduled to **January 22, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to file a Joint Case Management Conference Statement on or before January 15, 2008. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: January 7, 2008

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK