**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113
———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

## January 10, 2008

**CASE NUMBER:  CV 07-04694 PVT**
**CASE TITLE:  MICHAEL BACA-v-VETERANS ADMINISTRATION**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case assigned to the **Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 01/08/08

FOR THE EXECUTIVE COMMITTEE:

_____
                        Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 01/10/08 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA