**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                            SAN JOSE DIVISION

9    Michael Baca,                              NO. C 07-04694 JW

10                 Plaintiff,                    **ORDER CONTINUING CASE**
       v.                                        **MANAGEMENT CONFERENCE;**
11                                               **DIRECTING SERVICE OF PROCESS**
     Veterans Administration,

12

13                 Defendant.
                                            /

14

15          Plaintiff has filed a case management statement in which he represents that Defendant has

16   not yet been served with the summons and complaint.  (See Docket Item No. 8.)  Since Plaintiff's

17   complaint was filed on September 12, 2007, the time period for service expired on January 9, 2008.

     Fed. R. Civ. P. 4(m).

18
            The Court liberally construes Plaintiff's statement as a request for additional time to
19
     complete service of process.  Plaintiff shall serve Defendant with the summons, complaint, and a
20
     copy of this order no later than **February 15, 2008**.
21
            The Court continues the case management conference currently scheduled for **February 11,**
22
     **2008** to **March 10, 2008 at 10 a.m.**  Pursuant to the Civil Local Rules of the Court, the parties shall
23
     file a joint case management statement no later than ten (10) days before the date of the conference.
24

25

     Dated:  February 6, 2008
26                                              JAMES WARE
                                                United States District Judge
27

28

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Michael Karl Pazdernik mpazdernik@rdwlaw.com

3

4

5  **Dated:  February 6, 2008**                              **Richard W. Wieking, Clerk**

6

                                                             **By:   /s/ JW Chambers**
7                                                                    **Elizabeth Garcia**
                                                                     **Courtroom Deputy**
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California