JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA, | Case No. C 07-04694 JW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND RELATED DATES AND DEADLINES** |
| VETERANS ADMINISTRATION, and DOES 1 to 100, | |
| Defendants. | |

    This case is currently scheduled for an initial case management conference on March 10, 2008. Plaintiff served the Summons and Complaint on the U.S. Attorney's Office on or about January 29, 2008. Defendant's response to the complaint is due on March 31, 2008. In order to allow defendant to respond to the complaint and to become sufficiently familiar with the case to participate meaningfully in the case management conference, the parties hereby STIPULATE AND REQUEST that the case management conference and related deadlines be continued as follows:

| | |
|---|---|
| March 31, 2008 | Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan; last day to file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference |

Case No. C07-04694 JW
Stipulation re Continuance of CMC and Related Deadlines; Proposed Order

-1-

| | |
|---|---|
| April 7, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| April 21, 2008, 10:00 a.m. | Case Management Conference |

Respectfully submitted,

DATED: March 6, 2008      JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: March ___, 2008      ROBINSON DI LANDO

_____
MICHAEL K. PAZDERNIK
Attorneys for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008   _____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Case No. C07-04694 JW
Stipulation re Continuance of CMC and Related Deadlines; Proposed Order

| | | |
|---|---|---|
| 1 | April 7, 2008 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report; last day to file Case Management Statement |
| 3 | April 21, 2008, 10:00 a.m. | Case Management Conference |

Respectfully submitted,

DATED: February ___, 2008

JOSEPH P. RUSSONIELLO
United States Attorney


_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: February 27, 2008

ROBINSON DI LANDO

_____
MICHAEL K. PAZDERNIK
Attorneys for Plaintiff

[PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008    _____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Case No. C07-04694 JW
Stipulation re Continuance of CMC and Related Deadlines; Proposed Order

-2-