UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware
**Date:** 3/10/2008
**Case No.:** C- 07-04694 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Not Reported (off record)
**Interpreter:** N/A

## TITLE

**Michael Baca v. Veterans Administration**

**Attorney(s) for Plaintiff(s)**: Michael Pazdernik
**Attorney(s) for Defendant(s)**: Claire Cormier

## PROCEEDINGS

Initial Case Management Conference

## ORDER AFTER HEARING

The Court held a case management conference off the record. The Court set the following scheduling dates:

1. Close of All Discovery set for December 29, 2008

2. Last Date to Hear Dispositive Motions set for February 23, 2008 at 9:00 AM.
** Motions should be filed in accordance to the Local Rules subject to the Court's availability to hear motions**

3. Preliminary Pretrial Conference set for November 17, 2008 at 11:00 AM
** Joint Pretrial Statement due November 7, 2008 **

The Court to issue further Order following case management conference.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: