JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA, | Case No. C 07-04694 JW |
|    Plaintiff, | ANSWER OF UNITED STATES OF AMERICA |
| v. | |
| UNITED STATES OF AMERICA, | |
|    Defendant. | |

     Defendant United States of America ("defendant" or "USA")[1], without waiving the below-listed Affirmative Defenses, answers and otherwise responds to the Complaint as follows. All paragraph references are to the Complaint.

     1.  Defendant is without sufficient information to admit or deny the allegations of this paragraph, and on that basis the allegations are denied.

     2.  Defendant denies that the Veterans Administration is a proper defendant in this action, and Defendant avers that, pursuant to the Federal Tort Claims Act, the sole proper defendant is the United States of America.  28 U.S.C. § 2679.  Defendant admits that the

---

[1] The Complaint, which alleges claims under the Federal Tort Claims Act, identifies as defendant the Veterans Administration and Does 1 to 100.  The sole proper defendant under the Federal Tort Claims Act is the United States of America.  28 U.S.C. §§ 2674 and 2679. Accordingly, the United States of America answers this complaint as the defendant.

1   Veterans Administration Palo Alto Healthcare Systems is a medical center operating under
2   defendant United States of America and that it is a part of the Department of Veterans Affairs.
3   Defendant avers that the Veterans Administration Palo Alto Healthcare Systems operates in the
4   City of Palo Alto, County of Santa Clara, State of California.  Defendant admits that the Veterans
5   Administration Palo Alto Healthcare Systems employs physicians, surgeons, and hospital staff
6   members and other personnel, some of whom provided care to plaintiff.  Except as expressly
7   admitted or averred, defendant denies each and every allegation of this paragraph.
8       3.  Defendant denies the allegations of this paragraph.
9       4.  Defendant denies the allegations of this paragraph.
10      5.  Defendant admits that plaintiff submitted a Claim for Damages, Injury, or Death to the
11  Veterans Administration, which was received on or about October 23, 2006, and that the claim
12  was denied on or about March 23, 2007.  Defendant denies the remaining allegations of this
13  paragraph.
14      6.  Defendant United States of America incorporates herein as if set forth at length its
15  answers to Paragraphs 1 through 5.
16      7.  Inasmuch as the sole proper defendant in this action is the United States of America,
17  defendant denies the allegations of this paragraph.
18      8.  Defendant denies that plaintiff "employed" or "retained" any medical staff employed
19  by defendant.  Defendant admits that plaintiff was a patient of the Veterans Administration Palo
20  Alto Healthcare Systems beginning in or about 1996.  Defendant denies the remaining allegations
21  of this paragraph.
22      9.  Defendant admits that plaintiff was diagnosed as possibly having pancreatitis.
23  Defendant denies the remaining allegations of this paragraph.
24      10.  Defendant denies the allegations of this paragraph.
25
26      The remaining paragraphs of the Complaint constitute a prayer to which no response is
27  required, and a jury demand which defendant denies.  To the extent that a response is required,
28  defendant denies that plaintiff is entitled to any relief whatsoever.

All allegations in the Complaint not expressly admitted herein are hereby denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Some or all of plaintiff's claims are barred by the applicable statute of limitations, including but not limited to 28 U.S.C. §2401(b).

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's injuries and damages, if any, were caused in full or in part by his own negligence.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiff failed to exhaust his administrative remedies under the Federal Tort Claims Act.

### SIXTH AFFIRMATIVE DEFENSE

Defendant United States of America and its agencies, employees and agents exercised due care and diligence in the conduct of its affairs, and no negligence or wrongful act or omission by the United States or any of its agents, agencies or employees was the proximate cause of any injury, loss or damage to plaintiff.

### SEVENTH AFFIRMATIVE DEFENSE

Any injuries or damage suffered by the plaintiff are the direct and proximate result of negligence on the part of third parties and not of the defendant.

### EIGHTH AFFIRMATIVE DEFENSE

Plaintiff's recovery is limited to the amount of his administrative claim pursuant to 28 U.S.C. §2675(b).

### NINTH AFFIRMATIVE DEFENSE

To the extent plaintiff is entitled to recover damages from the United States in this action, the United States is entitled to a credit or set-off for any past or future benefits paid to or on

behalf of or received by plaintiff, to the extent allowed under federal and state common and statutory law.

### TENTH AFFIRMATIVE DEFENSE

Any injuries or damage suffered by the plaintiff are the direct and proximate result of negligence on the part of third parties and not of the defendant, and any recovery or other award made against defendant herein for noneconomic damages must be limited to the percentage of fault, if any, of the United States.

### ELEVENTH AFFIRMATIVE DEFENSE

Defendant contests the extent or amount of plaintiff's claimed injuries, as well as plaintiff's assertion that his injuries, resulting treatment, alleged requirement for future treatment and/or residual effects were caused by the incidents referenced in plaintiff's Complaint.

### TWELFTH AFFIRMATIVE DEFENSE

Defendant contests the amount and/or necessity of any claim of damages for which plaintiff seeks relief in his Complaint.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to recovery of pre-judgment interest on any award he may obtain from the United States.  28 U.S.C. §2674.

### FOURTEENTH AFFIRMATIVE DEFENSE

Defendant reserves the right to amend its Answer with additional defenses of which it may become aware as discovery progresses and to raise any other matter constituting an avoidance or affirmative defense.

WHEREFORE, the defendant prays that plaintiff take nothing in this action that the complaint be dismissed with costs to the United States, and that this Court grant such other relief as it may deem appropriate.

Respectfully submitted,

DATED: March 31, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Claire T. Cormier
_____
CLAIRE T. CORMIER
Assistant United States Attorney