```
 1  JOSEPH P. RUSSONIELLO (CBN 44332)
    United States Attorney
 2  JOANN M. SWANSON (CSBN 88143)
    Chief, Civil Division
 3  CLAIRE T. CORMIER (CSBN 154364)
    Assistant United States Attorney
 4
        150 Almaden Blvd., Suite 900
 5      San Jose, California 95113
        Telephone: (408) 535-5082
 6      FAX: (408) 535-5081
        Claire.Cormier@usdoj.gov
 7
    Attorneys for Federal Defendants
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| MICHAEL BACA, | ) | Case No. C 07-04694 JW |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION** |
| v. | ) | |
| VETERANS ADMINISTRATION, and DOES 1 to 100, | ) | |
| Defendants. | ) | |

Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program.

**IT IS SO STIPULATED.**

 

Respectfully submitted,

DATED: June 27, 2008         JOSEPH P. RUSSONIELLO
                             United States Attorney

                             /s/ Claire T. Cormier
                             CLAIRE T. CORMIER
                             Assistant United States Attorney

STIPULATION TO MEDIATION; [PROPOSED] ORDER
Case No. C07-04694 JW                    -1-

1
2   DATED: July 7, 2008            ROBINSON DI LANDO
3
4                                  _____
5                                  MICHAEL K. PAZDERNIK
                                   Attorneys for Plaintiff
6
7
8                           **[PROPOSED] ORDER**
9   Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.
10
11
12  DATED: _____, 2008   _____
                                   JAMES WARE
13                                 UNITED STATES DISTRICT COURT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO MEDIATION; [PROPOSED] ORDER
Case No. C07-04694 JW            -2-