## PROOF OF SERVICE BY FIRST-CLASS MAIL

1. I am over 18 years of age and am employed in the county where the mailing took place.

2. My business address is: 7801 Folsom Boulevard, Suite 325, Sacramento, California 95826.

3. On October 20, 2006 I mailed from Sacramento, California the **STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION** to the Veterans Administration, Palo Alto Health Care System, a copy of which is attached hereto.

4. I served this letter by enclosing it in an envelope and depositing the sealed envelope in the United States Postal Service with the postage fully prepaid.

5. The envelope was addressed and mailed as follows:

>   Veterans Administration
>   Palo Alto Health Care System
>   3801 Miranda Avenue
>   Palo Alto, CA 94304-1290

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  July 7, 2008

*/s/ Mary McCall*