JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA, | Case No. C 07-04694 JW |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER REFERRING CASE TO MEDIATION |
| v. | |
| VETERANS ADMINISTRATION, and DOES 1 to 100, | |
| Defendants. | |

Pursuant to ADR Local Rule 3-5(c), the parties to the above-entitled action hereby stipulate and request that the Court refer this case to the Court's mediation program.

**IT IS SO STIPULATED.**

DATED: June 27, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Claire T. Cormier_
CLAIRE T. CORMIER
Assistant United States Attorney

1
2  DATED: July 7, 2008          ROBINSON DI LANDO
3
4                               _____
5                               MICHAEL K. PAZDERNIK
                                Attorneys for Plaintiff
6
7
8                        [~~PROPOSED~~] ORDER
9     Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.
10
11
12  DATED: _____ July 9 _____, 2008   _____
13                                    JAMES WARE
                                      UNITED STATES DISTRICT COURT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28