# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Baca,<br><br>                Plaintiff(s),<br><br>   v.<br><br>Veterans Administration,<br><br>                Defendant(s). | 07-04694 JW MED<br><br>**Notice of Appointment of Co-Mediators** |

TO COUNSEL OF RECORD:

    The court notifies the parties and counsel that the Co-Mediators assigned to this case are:

> **Gary Bean**
> Gary E. Bean M.D., M.P.H., M.B.A., F.A.A.P.
> 4180 Park Blvd.
> Oakland, CA 94602
> 510-384-2512
>
> **Daniel Bowling**
> US District Court - ADR Unit
> 450 Golden Gate Ave., 16th Fl.
> San Francisco, CA 94102
> Daniel_Bowling@cand.uscourts.gov
> 415-522-2022

    Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediators will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation.

---

**Notice of Appointment of Co-Mediators**
07-04694 JW MED                                    - 1 -

1  The court permits the mediators to charge each party its pro rata share of the cost of the
2  phone conference.
3      Counsel are reminded that the written mediation statements required by the ADR
4  L.R. 6-7 shall NOT be filed with the court.

6  Dated: August 7, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Co-Mediators**
07-04694 JW MED                    - 2 -