JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. C 07-04694 JW (PVT)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY RESPONSES<br><br>Date: October 14, 2008<br>Time: 10:00 a.m.<br>Courtroom 5, 4th Floor<br>Hon. Patricia V. Trumbull |

Pursuant to the motion filed by defendant United States of America and good cause appearing, IT IS HEREBY ORDERED that plaintiff Michael Baca shall serve responses to Defendant's First Set of Requests for Production of Documents to Plaintiff within ____ days.

Date:  _____   _____
                                         Patricia V. Trumbull
                                         United States Magistrate Judge

Case No. C 07-04694 JW (PVT)
[Proposed] Order Re Motion to Compel           -1-