1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  CLAIRE T. CORMIER (CSBN 154364)
   Assistant United States Attorney
4
   150 Almaden Blvd., Suite 900
5  San Jose, California 95113
   Telephone: (408) 535-5082
6  FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov
7
   Attorneys for Federal Defendants
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12
13 MICHAEL BACA,                    )   Case No. C 07-04694 JW
                                    )
14      Plaintiff,                  )   **STIPULATION AND [PROPOSED]**
                                    )   **ORDER MODIFYING PRETRIAL**
15   v.                             )   **SCHEDULE**
                                    )
16 VETERANS ADMINISTRATION, and     )
   DOES 1 to 100,                   )
17                                  )
        Defendants.                 )
18

19      This Court set various dates and deadlines at the initial case management conference.

20 The parties have had some difficulty scheduling the mediation of this case by the current deadline

21 of October 7, 2008. Accordingly, the parties request the following modifications to the pretrial

22 schedule for this case.

| Event | Current Date | New Date |
|---|---|---|
| Mediation Deadline | October 7, 2008 | October 24, 2008 |
| Preliminary Pretrial Statements | November 7, 2008 | November 21, 2008 |
| Preliminary Pretrial Conference | November 17, 2008 | December 1, 2008 |
| Last Day Dispositive Motion Hearing | February 23, 2009 | March 2, 2009 |

28 //

|   |   |
|---|---|
|   | Respectfully submitted, |
| DATED: September 9, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|   | *[signature]*<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: September 9, 2008 | ROBINSON DI LANDO |
|   | *[signature]*<br>MICHAEL K. PAZDERNIK<br>Attorneys for Plaintiff |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: _____, 2008    _____
                                        JAMES WARE
                                        UNITED STATES DISTRICT COURT JUDGE