**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS ADMINISTRATION, and DOES 1 to 100, <br><br> Defendants. | Case No. C 07-04694 JW <br><br> **STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL SCHEDULE** |

This Court set various dates and deadlines at the initial case management conference. The parties have had some difficulty scheduling the mediation of this case by the current deadline of October 7, 2008. Accordingly, the parties request the following modifications to the pretrial schedule for this case.

| Event | Current Date | New Date |
|---|---|---|
| Mediation Deadline | October 7, 2008 | October 24, 2008 |
| Preliminary Pretrial Statements | November 7, 2008 | November 21, 2008 |
| Preliminary Pretrial Conference | November 17, 2008 | December 1, 2008 |
| Last Day Dispositive Motion Hearing | February 23, 2009 | March 2, 2009 |

//

-1-

Respectfully submitted,

DATED: September 9, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: September 9, 2008

ROBINSON DI LANDO

_____
MICHAEL K. PAZDERNIK
Attorneys for Plaintiff

## [~~PROPOSED~~ Modified] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED. The Close of All Discovery remains as scheduled for December 29, 2008.

DATED: September 12, 2008

_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

Case No. C07-04694 JW
Stipulation and Proposed Order Modifying Schedule    -2-