JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants



IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA, <br><br> Plaintiff, <br><br> v. <br><br> VETERANS ADMINISTRATION, and DOES 1 to 100, <br><br> Defendants. | Case No. C 07-04694 JW <br><br> STIPULATION AND [~~PROPOSED~~] ORDER VACATING PRETRIAL SCHEDULE AND SCHEDULING CASE MANAGEMENT CONFERENCE |

Counsel for the parties participated in a mediation conference call with the court-appointed mediator. Plaintiff's counsel has advised that he anticipates filing either a dismissal of the action or a motion to withdraw as counsel within the next two weeks. In order to allow for these matters to be resolved without additional unnecessary expense (particularly the cost of experts), the parties, through their counsel of record HEREBY STIPULATE AND REQUEST that the current pretrial schedule, including but not limited to the deadlines for mediation and disclosure of experts, be vacated. The parties further request that a further case management conference be scheduled in approximately 60 days so that, if the case has not been dismissed, a new schedule can be set.

//

Respectfully submitted,

DATED: October 3, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/ Claire T. Cormier_
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: October 3, 2008

ROBINSON DI LANDO

_/s/ Michael K. Pazdernik_
MICHAEL K. PAZDERNIK
Attorneys for Plaintiff

## PROPOSED ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the current pretrial schedule for this case is VACATED. The parties shall appear for a further case management conference on **December 15, 2008 at 10 a.m.** On or before **December 5, 2008**, the parties shall file a Joint Case Management Statement. The Statement shall update the Court on the status of the case and the parties' efforts in bringing this case to a close.

DATED: October 22, 2008

_James Ware_
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE