**DENIED**
Judge James Ware
1/30/2009

JOSEPH P. RUSSONIELLO (CBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL BACA,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>VETERANS ADMINISTRATION, and DOES 1 to 100,<br><br>　　　Defendants. | Case No. C 07-04694 JW<br><br>**STIPULATION AND** XXXXXXXXXXXXX<br>**ORDER CONTINUING CASE**<br>**MANAGEMENT CONFERENCE** |

This case is currently scheduled for a further case management conference on January 26, 2009. Plaintiff's counsel has filed a motion to withdraw as counsel. That motion is scheduled for hearing on March 2, 2009. Accordingly, the parties HEREBY STIPULATE AND REQUEST that the case management conference be continued to March 2, 2009 at 10:00 a.m.

Respectfully submitted,

DATED: January 16, 2009　　　　JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　/s/ Claire T. Cormier
　　　　　　　　　　　　　　　　CLAIRE T. CORMIER
　　　　　　　　　　　　　　　　Assistant United States Attorney

DATED: January 16, 2009　　　　ROBINSON DI LANDO

　　　　　　　　　　　　　　　　/s/ Michael K. Pazdernik
　　　　　　　　　　　　　　　　MICHAEL K. PAZDERNIK
　　　　　　　　　　　　　　　　Attorneys for Plaintiff

-1-

| | |
|---|---|
| 1 | XXXXXXXXXXX**| ORDER** |

2   The request to continue the Case Management Conference from January 26, 2009 to March 2, 2009 is DENIED AS MOOT.   On January 21, 2009 the Court issued an Order Granting Plaintiff's Motion to Withdraw as Counsel (Docket Item No. 35).  In the Order the Court set a further case management conference on **March 30, 2009 at 10:00 AM.**  The parties are to file a joint case management conference by **March 20, 2009.**  Please see the Court's January 21, 2009 Order for further specifics.

DATED: _____January 30_____, 2009   _____/s/ James Ware_____
JAMES WARE
UNITED STATES DISTRICT COURT JUDGE

-2-