| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| MICHAEL BACA, | ) | Case No. C 07-04694 JW |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL**; |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| VETERANS ADMINISTRATION, and<br>DOES 1 to 100, | ) | |
| Defendants. | ) | |

The parties to this action hereby STIPULATE AND AGREE that the above-referenced action is voluntarily dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a), all parties to bear their own costs.

Respectfully submitted,

DATED: February 12, 2009         JOSEPH P. RUSSONIELLO
                                 United States Attorney

                                 /s/ Claire T. Cormier

                                 CLAIRE T. CORMIER
                                 Assistant United States Attorney

DATED: February 12, 2009

                                 /s/ Michael Baca

                                 MICHAEL BACA
                                 Plaintiff

-1-

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, IT IS SO ORDERED.
The Court terminates any pending deadlines, hearings and motions. The Clerk shall close this file.

DATED: ____February 18____, 2009      _____/s/ James Ware_____
                                                                    JAMES WARE
                                                                    UNITED STATES DISTRICT COURT JUDGE